IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGAN ERDLEY, | No. 4:17-CV-2068 |
| Plaintiff, | (Judge Brann) |
| v. | |
| WILLIAM CAMERON ENGINE CO., | |
| Defendant | |

## ORDER

**AND NOW**, this 12th day of September 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss, ECF No. 28, is **DENIED**.

Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendant **SHALL ANSWER** Plaintiff's Complaint within fourteen (14) days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge